IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Daniel Elias Sanchez,

    Plaintiff,

v.

    and

Barrios. E.P.A. Corp. and Carolina Barrios

    Defendants.

Case No. _____

PLAINTIFF DEMANDS
TRIAL BY JURY

## COMPLAINT

Plaintiff, Daniel Elias Sanchez ("Plaintiff"), by and through their attorneys, Daniel I. Schlade, complain against Barrios. E.P.A. Corp. ("Defendant" or "Barrios. E.P.A.") and Carolina Barrios ("Defendant" or "Carolina Barrios"). Barrios. E.P.A. and Carolina Barrios may collectively be referred to as "Defendants". In support of this Complaint, Plaintiff states:

### Introduction

1. This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay overtime wages owed.

### Parties

2. Plaintiff is a resident of Miami, Florida; and he was employed by Barrios. E.P.A. and Carolina Barrios.

3. Barrios. E.P.A. is a business that is located, headquartered, and conducts business in Ft. Lauderdale, Florida.

4. Carolina Barrios is the owner and President of Barrios. E.P.A., and they are in charge of its employees. On information and belief, Carolina Barrios is a resident of Ft. Lauderdale, Florida.

5. Defendants are "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce. Additionally, they have more than three employees.

## Jurisdiction And Venue

6. The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

7. Venue is proper in the SOUTHERN District of Florida because all underlying facts and transactions occurred in or about Ft. Lauderdale, Florida

## Facts Common To All Claims

8. Barrios. E.P.A. is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

9. Carolina Barrios is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) she was Plaintiff's head "boss" at Barrios. E.P.A.; (2) she had the power to hire and fire the employees, including Plaintiff; (3) she supervised and controlled Plaintiff's work schedules and conditions of employment; (4) she determined the rate and method of payment for employees; and (5) she maintained employment records.

## COUNT I: VIOLATION OF THE FLSA

10. Plaintiff reincorporates by reference Paragraphs 1 through 9, as if set forth in full herein for Paragraph 10.

11. Plaintiff began working at Barrios. E.P.A. in or before August 18, 2021, until August 13, 2022.

12. At all times, Plaintiff held the same position at Barrios. E.P.A., he was a general construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform construction work, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

13. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 52 hours per week.

14. Plaintiff was paid their wages on a(n) weekly basis.

15. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

16. Plaintiff's rate of pay was $120.00 per day, or $13.85 per hour, from August 18, 2021 until February 2022; then $150.00 per day, or $17.32 per hour, from March 2022 until August 13, 2022.

17. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

18. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

19. On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

20. Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes:

(i) $4,820.88 in unpaid overtime wages; (ii) liquidated damages of $4,820.88; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit A.

WHEREFORE, Plaintiff Daniel Elias Sanchez respectfully requests that the Court enter a judgment in their favor and against Defendants Barrios. E.P.A. and Carolina Barrios jointly and severally, for:

A. The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $4,820.88;

B. An award liquidated damages in an amount equal to at least $4,820.88;

C. A declaration that Defendants violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

## COUNT II:  BREACH OF CONTRACT

21. Plaintiff Daniel Elias Sanchez entered into an employment contract with Defendants Barrios. E.P.A. Corp. and Carolina Barrios wherein Plaintiff would perform general construction duties, and in exchange Plaintiff was to receive his wages.

22. Plaintiff performed all the obligations and conditions on its part to be performed under the Agreement.

23. Defendants owe Plaintiff $1,000.00 in unpaid wages. Plaintiff has repeatedly demanded payment of all amounts due and owing from Defendants, who have failed to make any payments.

24. Defendants' failure to make payment constitutes a breach of contract.

25.     As a result of the above, Plaintiff Daniel Elias Sanchez has suffered damages in the amount of $1,000.00, plus costs, prejudgment interest, and attorneys fees.

**WHEREFORE,** Plaintiff Daniel Elias Sanchez respectfully requests that the Court enter a judgment in its favor and against Defendants Barrios. E.P.A. Corp. and Carolina Barrios and order Defendants to pay $1,000.00, plus costs, prejudgment interest, and attorneys fees.

s/Daniel I. Schlade
Attorney For Plaintiff
Daniel I. Schlade (Bar No.#1034991)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-942-9415 x 103
Email: dschlade@justicialaboral.com
danschlade@gmail.com

**PLAINTIFF DEMANDS TRIAL BY JURY**

EXHIBIT A

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 8/22/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 8/29/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 9/5/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 9/12/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 9/19/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 9/26/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 10/3/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 10/10/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 10/17/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 10/24/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 10/31/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 11/7/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 11/14/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 11/21/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 11/28/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 12/5/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 12/12/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 12/19/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 12/26/2021 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 1/2/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 1/9/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 1/16/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 1/23/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 1/30/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 2/6/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 2/13/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 2/20/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 2/27/2022 | 52 | 12 | $13.85 | $0.00 | $0.00 | $83.10 | $83.10 |
| 3/6/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 3/13/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 3/20/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 3/27/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 4/3/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 4/10/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 4/17/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 4/24/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 5/1/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 5/8/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 5/15/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 5/22/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 5/29/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 6/5/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 6/12/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 6/19/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 6/26/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 7/3/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 7/10/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 7/17/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 7/24/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 7/31/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 8/7/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| 8/14/2022 | 52 | 12 | $17.32 | $0.00 | $0.00 | $103.92 | $103.92 |
| TOTALS: | | | | | | $4,820.88 | $4,820.88 |